IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHAEL D. HUDSON,

    Petitioner,

v.

KEITH SMITH, Warden,

    Respondent.

CASE NO. 2:09-CV-0030
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On June 30, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

    IT IS SO ORDERED.

7-22-2010

EDMUND A. SARGUS, JR.
United States District Judge