AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

MICHAEL D. HUDSON,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

vs.

KEITH SMITH, Warden,

CASE NO.  C2-09-030
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE MARK R. ABEL

       Respondent.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed July 22, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: July 22, 2010                                JAMES BONINI, CLERK

                                                         */S/ Andy F. Quisumbing*
                                                         (By) Andy F. Quisumbing
                                                         Courtroom Deputy Clerk